

**ORDERED in the Southern District of Florida on July 25, 2023.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| ODYSSEY ENGINES LLC, *et al*., | Case No. 20-16772-RAM |
| | <u>Substantively Consolidated</u> |
| Debtor. _____/ | |
| SONEET KAPILA, TRUSTEE, | Adv. Proc. No. 22-01352--RAM |
| Plaintiff, | |
| vs. | |
| THINKWISE TECHNOLOGY, INC., ALAN BOYER, JOEL PLASCO, AND ERIC ENGDAHL, | |
| Defendants. _____/ | |

**FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS THINKWISE TECHNOLOGY, INC., ALAN BOYER, AND JOEL PLASCO**

In conformity with this Court's *Order Granting Trustee's Ex-Parte Motion for Entry of Final Default Judgment Against Defendant,* entered contemporaneously herewith, and taking

notice that all well-pled allegations in the *Complaint* [ECF No. 1] are deemed admitted as no responsive pleading has been filed, the Court does, pursuant to Rule 58, Fed. R. Civ. P., made applicable to this Adversary Proceeding by Rule 7058, Fed. R. Bankr. P. and Rule 9021, Fed. R. Bankr. P., the Cour t does –

    **ORDER** that:

    1.    Final Judgment is hereby entered in favor of Plaintiff, Soneet R. Kapila, as trustee for the substantively consolidated chapter 7 bankruptcy estate of *Odyssey Engines LLC et al.* (whose address is 1000 South Florida Highway, Suite 200, Fort Lauderdale, Florida 33136), and against Defendants THINKWISE TECHNOLOGY, INC., whose last known address is c/o THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE 19801, ALAN BOYER, a/k/a David Alan Boyer, whose last known address is 3135 SHERIDAN AVE. MIAMI, FL 33140, and JOEL PLASCO, whose last known address is 40 WALKER STREET APT 5 NEW YORK, NY 10013, jointly and severally, in the amount of ONE HUNDRED THOUSAND DOLLARS AND ZERO CENTS (**$100,000.00**), plus post-judgment interest at the federal statutory rate consistent with 28 U.S.C. § 1961, for which let execution issue forthwith.

    2.    The Court retains jurisdiction to enter further orders that are necessary and proper, including without limitation, to adjudicate post-judgment interest, attorneys' fees and costs, matters relating to discovery in aid of execution, proceedings supplementary, and other matters relating to execution of this Final Default Judgment.

                              # # #

**Submitted by:**
Drew Dillworth, Esq.
STEARNS WEAVER MILLER WEISSLER
*(Attorney Dillworth is directed to serve a copy of this Final Default Judgment upon all interested parties and to file a Certificate of Services.)*

#11879722 v1